IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER W. FOSTER                                                                    PLAINTIFF

             v.                             Civil No. 10-5225

MS. TORRES, Guard, Benton County
Detention Center; and SHERIFF
KEITH FERGUSON, Benton County,
Arkansas                                                                                 DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Christopher W. Foster filed this *pro se* civil rights action under 42 U.S.C. § 1983. At the time he filed this complaint, he was incarcerated at the Benton County Detention Center.

With his complaint, Plaintiff submitted an IFP application. However, he failed to have the certification regarding inmate funds held in his name completed. By order (Doc. 3) entered on November 18, 2010, Plaintiff was given until December 22, 2010, to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this Court for review and filing or pay the $350 filing fee. Plaintiff was advised that if he failed to return the completed IFP application or pay the $350 filing fee by December 22, 2010, the complaint would become subject to summary dismissal for failure to obey an order of the Court. Plaintiff was further advised that he was required to immediately inform the Court of any change of address.

Plaintiff did not respond to the Court order (Doc. 3). On December 28, 2010, a show cause order (Doc. 4) was entered giving Plaintiff until January 18, 2011, to show cause why the

-1-

complaint should not be dismissed based on his failure to obey an order of the Court and his failure to prosecute this action.

On January 6, 2011, the show cause order was returned to the Court marked: Return to Sender--Not here. Plaintiff has not contacted the Court with a change of address. The Court has no valid address for the Plaintiff and he failed to respond to the earlier Court order (Doc. 3). I therefore recommend that this case be dismissed based on Plaintiff's failure to obey the orders of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 21st day of January 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)