```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

CHRISTOPHER W. FOSTER                                    PLAINTIFF

       v.          Civil No. 10-5225

MS. TORRES, Guard, Benton County
Detention Center; and SHERIFF
KEITH FERGUSON, Benton County,
Arkansas                                                 DEFENDANTS

### O R D E R

Now on this 9th day of March, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #5), to which no timely objection has been made, and the Court, being well and sufficiently advised, finds that said Report And Recommendation is sound in all respects, and should be **adopted in toto.**

**IT IS THEREFORE ORDERED** that plaintiff's Complaint is hereby **dismissed.**

IT IS SO ORDERED.

                                     /s/ Jimm Larry Hendren
                                     **JIMM LARRY HENDREN**
                                     **UNITED STATES DISTRICT JUDGE**